July 14, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

HSIN-CHI-SU AKA NOBU SU, Appellant

NO. 14-14-00461-CV                    V.

VANTAGE DRILLING COMPANY, Appellee

_____

This cause, an appeal from the Temporary Injunction Order in favor of appellee, Vantage Drilling Company, signed June 11, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the Temporary Injunction Order of the court below **AFFIRMED**.

We order appellant, Hsin-Chi-Su aka Nobu Su, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.